# Court of Appeals
# of the State of Georgia

ATLANTA,　April 29, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0356. DAVID L. JOHNSON v. JUDGE, DON W. THOMPSON, LOOKOUT MOUNTAIN JUDICIAL CIRCUIT.

David L. Johnson filed this application for discretionary appeal, seeking review of a trial court order denying his petition for a writ of mandamus. The trial court entered its order denying his petition on March 3, 2025, and Johnson filed this application on April 8, 2025. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Johnson's application, filed 36 days after entry of the order he seeks to appeal, is untimely. Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,　04/29/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.